UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID J. WIDI, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-00188-JAW |
| | ) | |
| PAUL MCNEIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION TO VACATE OR FOR ORDER OF SERVICE AND EXTENSION OF TIME TO FILE A RESPONSE AND DEFENDANTS DENNIS CLARK AND MICHAEL LYON'S SECOND MOTION FOR SUMMARY JUDGMENT**

On April 23, 2013, Dennis Clark and Michael Lyons moved a second time for summary judgment in their favor, asserting that there are no genuine disputes of material fact and that they are entitled to judgment as a matter of law. *Second Mot. of Defs. Denis Clark and Michael Lyon for Summ. J.* (ECF No. 135) (*Defs.' Mot.*).[1] On June 28, 2013, David J. Widi, Jr. moved to vacate the Defendants' motion or for order of service and extension of time to file a response. *Mot. to Vacate Doc # 135 or for Order of Serv. and Extension of Time to File a Resp.* (ECF No. 149). In his motion, Mr. Widi asserted that he was never served with the Defendants' second motion for summary judgment and therefore did not file a response. *Id.* at 2. On July 2, 2013, Defendants Clark and Lyons filed an opposition to Mr. Widi's motion, maintaining that his claim of non-receipt is a tactic and that he offered no

---

[1] Although the Defendants' memorandum spells Mr. Clark's first name with one "n," the Amended Complaint spells it with two. The Defendants' memorandum spells Mr. Lyons' name without an "s," but the Amended Complaint refers to him as "Michael Lyons." For consistency with previous filings and opinions, the Court uses the spellings from the Amended Complaint.

1

explanation as to how he discovered that they had filed a motion he claims never to have received. *Resp. in Opp'n to Mot. to Vacate Doc # 135 or for Order of Serv. and Extension of Time to File a Resp.* (ECF No. 150). On July 19, 2013, Mr. Widi filed a declaration stating that he had never received a copy of the second motion for summary judgment. *Decl. of David J. Widi, Jr. Regarding Doc # 135* (ECF No. 159) (*Widi Decl.*). The record is silent as to any further action on Mr. Widi's motion. The parties are in a stalemate: the Defendants insist they mailed Mr. Widi a motion he insists he never received.

Although inmates occasionally experience difficulty receiving correspondence sent to prison, the Court agrees with the Defendants that, even for an inmate, Mr. Widi seems to have had an inordinately difficult time receiving mail. *Order* (ECF No. 73); *Order Denying Pl.'s Mot. to Correct the Record and Mot. for Sanctions* (ECF No. 139); *Scheduling Order Regarding TD Bank's Mot. for Summ. J.* at 2, n.2 (ECF No. 144). Furthermore, Attorney James Fortin, who represents Defendants Clark and Lyons, certified that he served Mr. Widi at Ray Brook FCI in New York on April 23, 2013. *Defs.' Mot.* at 8.

Even though the Court is concerned about Mr. Widi's repeated contentions in this and other litigation that he is not receiving documents that have been mailed to him, the Court is unable to conclude that Mr. Widi actually received documents that he swears under oath he never received. *Widi Decl.* at 1. Mr. Widi has been moved from Otisville Federal Correctional Institute in Otisville, New York, to Ray Brook FCI in Ray Brook, New York, to the Berlin Federal Correctional Institute in Berlin,

New Hampshire. Perhaps these moves have had something to do with his asserted failure to receive documents placed in the U.S. mail. Be this as it may, the record confirms that Mr. Widi is currently incarcerated in the FCI in Berlin, New Hampshire and should be able to receive mail there. *Notice of Change of Address* (ECF No. 209).

To break this impasse, the Court concludes that the best course of action is to start again. The Court DISMISSES without prejudice the Second Motion of Defendants Denis R. Clark and Michael Lyon for Summary Judgment (ECF No. 135). The Court ORDERS the Defendants to immediately refile their second motion for summary judgment and ORDERS that the Defendants in any event refile the second motion no more than seven days from receipt of this Order. The Court further ORDERS that the Defendants place in the United States mail, return receipt requested, a certified mail letter, sending Mr. Widi a copy of the second motion and that the Defendants file an appropriate certificate of service with the Court confirming that they have done so. The Court ORDERS that the Defendants use the following address for Mr. Widi:

> David J. Widi, Jr.
> #05168-036
> FCI Berlin
> P.O. Box 9000
> Berlin, NH 03570

The Court further ORDERS David J. Widi, Jr. upon receipt of a copy of the second motion to immediately file a notice with the Court confirming he received the motion. Once the Court receives confirmation from Mr. Widi that he has received

3

the second motion, the Court will set deadlines for the filing of memoranda. If the Court has not received confirmation from Mr. Widi within two weeks of the date of this Order, the Court will take such further action as it deems appropriate.

In sum, the Court DISMISSES without prejudice the Second Motion of Defendants Dennis R. Clark and Michael Lyons for Summary Judgment (ECF No. 135). The Court GRANTS in part and DISMISSES in part David J. Widi, Jr.'s Motion to Vacate Doc # 135 or for Order of Service and Extension of Time to File a Response (ECF No. 149). The Court grants the motion insofar as Mr. Widi requests that the Defendants serve him with the Second Motion for Summary Judgment and dismisses the remainder of the motion.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 18th day of February, 2014