UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID J. WIDI, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-00188-JAW |
| | ) | |
| PAUL MCNEIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTION FOR CLARIFICATION**

On February 18, 2014, the Court issued an order denying David J. Widi, Jr.'s motion for reconsideration of an earlier order. *Order Denying Pl.'s Mots. for Recons. of Orders Granting Mot. to Dismiss to Paul McNeil and Mot. for Summ. J. to TD Bank* (ECF No. 213); *see also Order Denying Pl.'s Mot. to Stay; Denying Pl.'s Mot. to Strike; and Granting Def. McNeil's Mot. to Dismiss* (ECF No. 170) (granting Special Agent Paul McNeil's Motion to Dismiss); *Order Granting Mot. for Summ. J. by Def. TD Bank; Denying Mot. to Strike; Denying Disc.; and Dismissing Without Prejudice Mot. for Service of Process* (ECF No. 171) (granting TD Bank's Motion for Summary Judgment). On March 14, 2014, Mr. Widi moved for clarification of the Order on his motion for reconsideration. *Mot. for Clarification* (ECF No. 223). Mr. Widi requests the Court to clarify whether he "is free to appeal the Court's decisions to grant S/A Paul McNeil's motion to dismiss and TD Bank's motion for summary judgment to the First Circuit Court of Appeals." *Id.* at 1. Although framed as a motion for clarification, Mr. Widi's motion is in substance a request for legal advice. The Court declines Mr. Widi's request

1

for advice as to his rights of appeal; this is something Mr. Widi, who is representing himself, must determine for himself.

The Court DENIES David J. Widi, Jr.'s Motion for Clarification (ECF No. 223).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2014